IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



MELVIN CORNELIUS BRADFORD,

    Petitioner,

v.                   CIVIL ACTION NO. 3:10CV278

DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS,

    Respondent.

## MEMORANDUM OPINION

Melvin Cornelius Bradford, a Virginia prisoner proceeding pro se, submitted this Section 2254 petition. On June 22, 2010, Bradford was notified that his petition would be filed upon payment of a filing fee in the amount of $5.00. The Court invited Bradford at that time to explain any special circumstances that would justify excusing any portion of the required payment. The Court also warned Bradford that failure to pay the assessed fee or to file an explanation within eleven (11) days would result in dismissal of the petition.

Bradford failed to either pay the assessed fee or explain any special circumstances warranting excuse from payment. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk send a copy of this Memorandum Opinion to Bradford.

                                       /s/        REP
                                  Robert E. Payne
                                  Senior United States District Judge

Date: August 19, 2010
Richmond, Virginia